UNITED STATES DISTRICT COURT **SEALED**
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA ex rel. CHRISTOPHER R. GOBBLE, ET AL., Plaintiffs, <br><br> v. <br><br> FOREST LABORATORIES, INC., ET AL., Defendants. | CIVIL ACTION NO. 03-10395 NMG <br><br> *FILED IN CAMERA and UNDER SEAL* |

## SECOND AMENDMENT TO COMPLAINT

The Plaintiff Christopher R. Gobble, by and through his undersigned counsel, hereby amends Paragraphs 30, 62 and 63 of his Amended Complaint by adding thereto the following italicized facts:

30.

The patent protections on Celexa expire in July 2003 (for pediatric medicine) and January 2004 (for other prescriptions). Therefore, there was a push by Defendant Forest from the outset in 1998 to sell as much Celexa as quickly as possible. This emphasis on gaining market share for Celexa was implemented by FPI, although Celexa at low doses is not as beneficial as the competitor drugs. Clinical efficacy trails indicate no response to major depression at 10 mg. and 20 mg. doses. Efficacy is only seen at 40 mg. and it is only slightly better at 60 mg. 40 mg. of Celexa sells at the CVS pharmacies in Richmond for $88.99 for a 30 day supply. Generic Prozac (flouxetine) at 20 mg. sells for $63.99 for a 30 day supply. Therefore, Celexa's cost is 28% higher than the cost of flouxetine, which is a leading competitor drug. *Similarly, Lexapro is more expensive than equally, if*



Respectfully submitted this 2nd day of December, 2004.

                              Attorneys for Plaintiff Christopher R. Gobble,

                              *Marlan B. Wilbanks / SED*
                              Marlan B. Wilbanks
                              Georgia Bar No. 758223

                              Harmon, Smith, Bridges & Wilbanks
                              1795 Peachtree Road, NE, Suite 350
                              Atlanta, Georgia  30309-2339
                              404-881-1200

                              *Philip S. Marstiller / SED*
                              Philip S. Marstiller
                              Virginia State Bar No. 07623

                              16 South Second Street
                              Richmond, Virginia  23219
                              804-775-0651

                              *Suzanne E. Durrell*
                              Suzanne E. Durrell
                              Massachusetts BBO No. 139280

                              180 Williams Avenue
                              Milton, Massachusetts 02186
                              617-333-9681