UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, THE DISTRICT OF COLUMBIA, THE STATE OF DELAWARE THE STATE OF FLORIDA, THE STATE OF ILLINOIS, THE STATE OF HAWAII, THE STATE OF LOUISIANA, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF NEW MEXICO THE STATE OF NEVADA THE STATE OF TENNESSEE, THE STATE OF TEXAS, AND THE COMMONWEALTH OF VIRGINIA ex rel. CHRISTOPHER GOBBLE, <br><br>  Plaintiffs, <br><br> V. <br><br> FOREST LABS <br><br>  Defendant. | \| | CIVIL ACTION NO. 03-10395-NMG UNDER SEAL |

FILED
IN CLERKS OFFICE

2009 FEB 23  A 9: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF INTERVENTION OF THE STATE OF WISCONSIN

Pursuant to Wis. Stats. Sec. 20.931(5)(b), the State of Wisconsin hereby gives notice of its intervention in the above-captioned action. The Attorney General will proceed in this action on behalf of the State of Wisconsin, and intends to join the complaint to be filed by the United States.

Respectfully Submitted,

STATE OF WISCONSIN

*Thomas L. Storm*

Thomas L. Storm
Assistant Attorney General
State Bar No. 1005717
17 W. Main St., P.O. Box 7857
Madison, Wisconsin 53707-7857
(608) 266-9945
stormtl@doj.state.wi.us

Date: February 11, 2009