# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHRISTOPHER R. GOBBLE, *et al.*,   Plaintiff,  v.  FOREST LABORATORIES, INC., and FOREST PHARMACEUTICALS, INC.,   Defendants. | ) ) ) ) ) ) ) Civil Action No. 03-10395-NMG ) ) ) ) ) ) |

## NOTICE OF WAIVERS OF SERVICE

Plaintiff United States of America hereby submits the attached waivers of service of summons, which defendants' counsel executed.

                                                  Respectfully submitted,

                                                  MICHAEL K. LOUCKS
                                                  Acting United States Attorney

Dated:  June 10, 2009        By:   /s/ Gregg D. Shapiro
                                                  GREGG D. SHAPIRO
                                                  Assistant United States Attorney
                                                  United States Attorney's Office
                                                  1 Courthouse Way, Suite 9200
                                                  Boston, MA 02210
                                                  (617) 748-3366

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on June 10, 2009.

                                                  /s/ Gregg Shapiro
                                                  Gregg Shapiro