# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHRISTOPHER R. GOBBLE, *et al.*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 03-10395-NMG ) |
| FOREST LABORATORIES, INC., and FOREST PHARMACEUTICALS, INC., | ) ) ) |
| Defendants. | ) ) ) |
| UNITED STATES OF AMERICA *ex rel.* JOSEPH PIACENTILE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 05-10201-NMG ) |
| FOREST LABORATORIES, INC., | ) ) |
| Defendant. | ) ) ) |

## STIPULATION AND [PROPOSED] ORDER
## EXTENDING TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time within which Defendants Forest Laboratories, Inc., and Forest Pharmaceuticals, Inc., must move against, answer, or otherwise respond to the Complaint in Intervention filed by the United States of America in the above-captioned actions is hereby extended to and including September 1, 2009.

| | |
|---|---|
| UNITED STATES OF AMERICA<br>By its attorneys,<br>MICHAEL K. LOUCKS<br>Acting United States Attorney | FOREST LABORATORIES, INC.<br>FOREST PHARMACEUTICALS,<br>By their attorneys, |
| /s/ Gregg D. Shapiro<br>GREGG D. SHAPIRO<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>John Joseph Moakley<br>U.S. Courthouse<br>Boston, MA 02210<br>(617) 748-3366 | /s/ Christopher K. Tahbaz<br>CHRISTOPHER K. TAHBAZ<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000 |

Dated:  June 10, 2009


IT IS SO ORDERED.


Dated:  June ___, 2009

_____
Nathaniel M. Gorton
United States District Judge


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on June 10, 2009.

/s/ Gregg Shapiro
Gregg Shapiro