**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE UNITED STATES OF AMERICA ex rel. CHRISTOPHER R. GOBBLE, ET AL.,<br>    Plaintiffs,<br><br>v.<br><br>FOREST LABORATORIES, INC., ET AL.,<br>    Defendants. | CIVIL ACTION NO.<br>03-10395 NMG |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT AND
AMENDMENTS FILED BY RELATOR/PLAINTIFF CHRISTOPHER R. GOBBLE**

It is hereby stipulated and agreed, by and between the undersigned counsel, that the time within which Defendants Forest Laboratories, Inc., and Forest Pharmaceuticals, Inc., must move against, answer, or otherwise respond to the Complaint and Amendments filed by the Relator/Plaintiff Christopher R. Gobble in the above-captioned action is hereby extended to and including September 1, 2009.

| | |
|---|---|
| RELATOR CHRISTOPHER R. GOBBLE | FOREST LABORATORIES, INC.<br>FOREST PHARMACEUTICALS, INC. |
| By his attorneys, | By their attorney, |
| /s/ Suzanne E. Durrell<br>Suzanne E. Durrell<br>Robert M. Thomas, Jr.<br>THOMAS & ASSOCIATES<br>280 Summer Street, 5th Floor<br>Boston, MA 02210-1131<br>(617) 333-9681 | /s/ Christopher K. Tahbaz<br>Christopher K. Tahbaz<br>DEBEVOISE & PLIMPTON, LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6543 |

IT IS SO ORDERED.

Dated: _____ __, 2009          _____
                                    Nathaniel M. Gorton
                                    United States District Judge

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 16, 2009.

                                              /s/ Suzanne E. Durrell
                                               Suzanne E. Durrell