UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America,
        Plaintiff

v.                                                             Civil Action No. 03-10395-NMG

Forest Laboratories Inc., et al.,
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

      The Court having been advised by counsel that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within ninety (90) days to reopen the action if settlement is not consummated.

                                                                     By the Court,

                                                                     /S/ Craig J. Nicewicz

9/29/09                                                             _____
  Date                                                          Craig J. Nicewicz
                                                                    Courtroom Clerk