UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHRISTOPHER R. GOBBLE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>FOREST LABORATORIES, INC. and FOREST PHARMACEUTICALS, INC.,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 03-10395-NMG |

### DEFENDANTS' MOTION TO DISMISS COUNT FOUR OF THE FOURTH AMENDMENT TO COMPLAINT BY RESTATEMENT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc. (collectively, the "Defendants") hereby move to dismiss Count Four of the Fourth Amendment to Complaint by Restatement, in which plaintiff Christopher R. Gobble asserts a claim of retaliatory termination in violation of the False Claims Act, 31 U.S.C. § 3730(h). As grounds for this motion, Defendants rely on and incorporate fully herein their Memorandum of Law in Support of Motion to Dismiss, submitted herewith.

WHEREFORE, Defendants respectfully request that the Court dismiss, with prejudice, Count Four of the Fourth Amendment to Complaint by Restatement.

### LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), undersigned counsel states that they have conferred with counsel for Christopher R. Gobble and attempted in good faith to resolve or narrow the issues presented in this motion.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), Defendants hereby request that the Court set a hearing and hear oral argument on Defendants' motion to dismiss.

DATED: February 8, 2010

                                              Respectfully submitted,

                                              DEBEVOISE & PLIMPTON LLP

                                              /s/ Christopher K. Tahbaz
                                              Christopher K. Tahbaz
                                              cktahbaz@debevoise.com
                                              Jyotin Hamid
                                              jhamid@debevoise.com
                                              919 Third Avenue
                                              New York, NY 10022
                                              (212) 909-6000

                                              SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
                                              William F. Benson, BBO No. 646808
                                              benson@srbc.com
                                              101 Merrimac Street
                                              Boston, MA 02114
                                              (617) 227-3030

                                              *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Jyotin Hamid, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 8, 2010.

                                              /s/ Jyotin Hamid
                                              Jyotin Hamid