# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHRISTOPHER R. GOBBLE, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>FOREST LABORATORIES, INC. and FOREST PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 03-10395-NMG |

## STIPULATION AND [PROPOSED] AMENDED CASE MANAGEMENT ORDER

Plaintiff's and Defendants' counsel have agreed, subject to the Court's approval, to the following Amended Case Management Order governing Plaintiff's action against Defendants pursuant to 31 U.S.C. § 3730(h). The Court hereby adopts the following schedule, which shall supplant any scheduling order currently entered in this action:

| **EVENT** | **DEADLINE** |
|---|---|
| Joint report re status of settlement filed | October 15, 2010 |
| Fact discovery | October 29, 2010 |
| Disclosure of experts and service of experts' reports | November 30, 2010 |
| Disclosure of rebuttal experts and service of rebuttal experts' reports | December 15, 2010 |
| Depositions of identified experts | January 14, 2011 |
| Motions for summary judgment filed | February 15, 2011 |

| | |
|---|---|
| Oppositions to summary judgment motions filed | March 15, 2011 |
| Oral argument on summary judgment motions | As determined by the court |
| Pretrial conferences, motions and a trial date | As determined by the court |

SO ORDERED:

Dated: _____, 2010    By:  _____
                                     The Hon. Nathaniel M. Gorton
                                     United States District Judge

DEBEVOISE & PLIMPTON LLP                DURRELL LAW OFFICE

/s/ Jyotin Hamid                         /s/ Suzanne E. Durrell
Christopher K. Tahbaz                   Suzanne E. Durrell
Jyotin Hamid                            180 Williams Avenue
919 Third Avenue                        Milton, Massachusetts 02186
New York, NY  10022
(212) 909-6000                          *Attorney for Plaintiff*

SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
William F. Benson, BBO No. 646808
101 Merrimac Street
Boston, MA  02114
(617) 227-3030

*Attorneys for Defendants*