UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHRISTOPHER R. GOBBLE, *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> FOREST LABORATORIES, INC. and FOREST PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 03-10395-NMG |

**STIPULATION AND [PROPOSED] AMENDED CASE MANAGEMENT ORDER**

Plaintiff's and Defendants' counsel have agreed, subject to the Court's approval, to the following Amended Case Management Order governing Plaintiff's action against Defendants pursuant to 31 U.S.C. § 3730(h). The Court hereby adopts the following schedule, which shall supplant any scheduling order currently entered in this action:

| EVENT | DEADLINE |
|---|---|
| Joint report re status of settlement filed | October 15, 2010 |
| Fact discovery | October 29, 2010 |
| Disclosure of experts and service of experts' reports | November 30, 2010 |
| Disclosure of rebuttal experts and service of rebuttal experts' reports | December 15, 2010 |
| Depositions of identified experts | January 14, 2011 |
| Motions for summary judgment filed | February 15, 2011 |

| Oppositions to summary judgment motions filed | March 15, 2011 |
|---|---|
| Oral argument on summary judgment motions | As determined by the court |
| Pretrial conferences, motions and a trial date | As determined by the court |

SO ORDERED:

Dated: __July 8__, 2010      By: _____/s/ Gorton_____
                                  The Hon. Nathaniel M. Gorton
                                  United States District Judge

DEBEVOISE & PLIMPTON LLP

/s/ Jyotin Hamid
Christopher K. Tahbaz
Jyotin Hamid
919 Third Avenue
New York, NY 10022
(212) 909-6000

SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
William F. Benson, BBO No. 646808
101 Merrimac Street
Boston, MA 02114
(617) 227-3030

*Attorneys for Defendants*

DURRELL LAW OFFICE

/s/ Suzanne E. Durrell
Suzanne E. Durrell
180 Williams Avenue
Milton, Massachusetts 02186

*Attorney for Plaintiff*