## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHRISTOPHER R. GOBBLE, <br><br> Plaintiff, <br><br> vs. <br><br> FOREST LABORATORIES, INC. and FOREST PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 03-10395-NMG |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED between the parties, by their undersigned counsel, and IT IS HEREBY ORDERED that all claims asserted by Plaintiff Christopher R. Gobble, pursuant to 31 U.S.C. § 3730(h), including but not limited to all claims for back pay, front pay, interest or any other equitable, compensatory, punitive or special damages and/or for attorneys' fees, costs and expenses pursuant to 31 U.S.C. § 3730(h), shall be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DEBEVOISE & PLIMPTON LLP

/s/ Jyotin Hamid
Christopher K. Tahbaz
Jyotin Hamid
919 Third Avenue
New York, NY  10022
(212) 909-6000

SUGARMAN, ROGERS,
BARSHAK & COHEN, P.C.
William F. Benson, BBO No.
646808
101 Merrimac Street
Boston, MA  02114
(617) 227-3030

*Attorneys for Defendants*

DURRELL LAW OFFICE

/s/ Suzanne E. Durrell
Suzanne E. Durrell
180 Williams Avenue
Milton, Massachusetts 02186

*Attorney for Plaintiff*

SO ORDERED:

By:  _____  12/17/10

The Hon. Nathaniel M. Gorton
United States District Judge

2